UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-07607 DMG (VBKx)** | Date | October 25, 2010 |
|---|---|---|---|
| Title | ***HSBC Bank USA v. Lopez, et al.*** | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT**

On February 11, 2010, Plaintiff HSBC Bank USA ("HSBC") filed a complaint in Los Angeles County Superior Court against Defendant Jose Wilfredo Lopez and Doe defendants "I" through "X" for unlawful detainer. HSBC seeks possession of real property and restitution for Plaintiff's use and occupancy of the property in the amount of $30 per day starting on January 28, 2010. (Compl. at 3.) HSBC demands less than $10,000 in damages. (*Id*. at 1.)

Defendant removed the case to this Court on October 12, 2010 on the basis of federal question jurisdiction. The complaint, however, raises no federal question. Although Defendant invokes federal statutes as an apparent defense or counterclaim, federal jurisdiction cannot rest upon an actual or anticipated defense or counterclaim. *Vaden v. Discover Bank*, __ U.S. __, 129 S.Ct. 1262, 1272, 173 L.Ed.2d 206 (2009).

Moreover, it appears that Defendant's Notice of Removal is untimely. A defendant must file notice of removal within 30 days after "receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). Plaintiff requested entry of default on March 12, 2010 (Notice of Removal, Ex. B), by which time Defendant evidently had received a copy of the complaint. Defendant did not file the Notice of Removal, however, until seven months later.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court. Defendant shall file his response by **November 8, 2010**.

**IT IS SO ORDERED.**